IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUMMER HILL, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORINTHIAN CONDOMINIUM | : | |
| ASSOCIATION INC, | : | No. 20-2242 |
| *Defendant* | : | |

## ORDER

AND NOW, this 23rd day of March, 2021, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 10), Plaintiff's Response in Opposition (Doc. No. 12), and Defendant's Reply (Doc. No. 13), it is **ORDERED** that the Motion (Doc. No. 10) is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1